UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **KENNETH MCDERMON,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §924(h) |
| | : | (Unlawful Transfer of a Firearm); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a Person |
| | : | Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 8, 2005, within the District of Columbia, **KENNETH MCDERMON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. 95152, did unlawfully and knowingly receive and possess a firearm, that is, a HWM .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 16, 2005, within the District of Columbia, **KENNETH MCDERMON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. 95152, did unlawfully and knowingly receive and possess a firearm, that is, a Hi-Point 9mm rifle, a Smith & Wesson .40 caliber handgun, and a Taurus 9mm handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about March 16, 2005, within the District of Columbia, **KENNETH MCDERMON**, did transfer firearms, that is, a Hi-Point 9mm rifle, a Smith & Wesson .40 caliber handgun, and a Taurus 9mm handgun, knowing that these firearms would be used to commit a drug trafficking offense, that is, unlawful possession with intent to distribute, and/or distribution of a controlled substance, a felony punishable under the Controlled Substance Act.

(**Unlawful Transfer of a Firearm**, in violation of Title 18, United States Code, Section 924(h))

## COUNT FOUR

On or about March 21, 2005, within the District of Columbia, **KENNETH MCDERMON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. 95152, did unlawfully and knowingly receive and possess a firearm, that is, a Mossberg 12 gauge shotgun, a 762 caliber rifle, and a Taurus 9mm

revolver, and did unlawfully and knowingly receive and possess ammunition, that is, shotgun shells, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT FIVE

On or about April 1, 2005, within the District of Columbia, **KENNETH MCDERMON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. 95152, did unlawfully and knowingly receive and possess a firearm, that is, a 762mm rifle, and did unlawfully and knowingly receive and possess ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SIX

On or about May 10, 2005, within the District of Columbia, **KENNETH MCDERMON,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT SEVEN

On or about May 10, 2005, within the District of Columbia, **KENNETH MCDERMON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. 95152, did unlawfully and knowingly receive and

possess a firearm, that is, four Bersa .380 caliber pistols and three Taurus 9mm pistols, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia