UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-190 (RBW)** |
| | : | |
| **v** | : | |
| | : | |
| **KENNETH MCDERMON** | : | |

### ORDER

Upon consideration of the Government's Motion to Impeach Defendant with his Prior Convictions, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE


copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4844
555 4th Street, N.W.
Washington, D.C. 20530

Carlos Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C. 20004