# *EXHIBIT 1*

**Del #117**
**May 9 1445 hours front 4,000.00**
**May 10 1947 hours delivery of firearms & 2 grams cocaine**
**In Front of SHOP (undercover vehicle)**

On Monday May 9, 2005, at approximately 1445 hours, I met with Mack at the undercover location. We had arranged to meet at the Safeway but at the last minute changed the location to the front of the undercover business. I drove up to the shop and saw Mack sitting in his white Nissan Sentra. When I pulled over onto the sidewalk Mack approached my vehicle. He got in and we discussed the purchase of firearms from his supplier in Cleveland, Ohio. I agreed to front Mack 4,000 dollars so that he could go to Cleveland and purchase several pistols and assault weapons. We spoke for a few minutes and then we went into the undercover location (no video or audio because we had removed the equipment 5/1/05.) Mack had to change clothes so that he would be ready for the drive to Cleveland. While we talked he said that he was working at the Red Star Tavern in Landover, Md.

Mack and I exited the shop together and returned to the undercover vehicle. Mack asked for a ride to the Subway so that he could go to meet his partner to drive to Cleveland. He said that this subject was planning to purchase cocaine and he was purchasing the firearms. I gave Mack 4,000 dollars of MPDC funds as we drove to the corner of 1st and New York Avenue NE. We pulled up to the corner and he got out of the car.

On May 10, 2005, at approximately 0932 hours, I placed a call to Mack to find out if he was coming back from Cleveland, Ohio. At approximately 1300 hours I spoke to Mack and he said he was on his way back from Cleveland with everything. At 1634 hours I received a call from Mack and he said that he was in Breezewood Pa. And that he was within and few hours from DC. At 1830 hours, Mack called me and said he was on GW Parkway at the Beltway. We agreed to meet at the undercover location.

At 1927 hours Det Quigley observed Mack and a second subject in front of the shop in a small vehicle bearing Virginia tags ZC9484. Mack spoke to Detective Watts (acting as an undercover officer sitting in a vehicle in front of the undercover location) at 1928 hours.

At 1934 hours, I pulled up on the sidewalk in front of the shop and Mack approached my vehicle. Mack brought a box containing six handguns into the backseat of my undercover vehicle. He sat down and began to show me the firearms in the boxes. I looked them over and we discussed the purchase. We also discussed the purchase of cocaine. Mack said that his friend had gotten cocaine in Cleveland. I asked him for ½ ounce. He said he would ask his friend and walked out of the undercover vehicle back to talk to the other subject. Mack returned to the vehicle and said that the friend had a half ounce but didn't have any way to weigh it out. He said all his friend could sell me was a hundred dollars worth. I asked for two hundred dollars worth and Mack left our vehicle and returned to the vehicle they had driven up in.