# EXHIBIT 2

<u>**Del #118**</u>
<u>**Undercover Purchase 6 Firearms/Small amount powder cocaine**</u>
<u>**West Virginia & Fenwick Streets NE**</u>
<u>**5-19-05 2209 hours/4,020.00**</u>

On May 18, 2005, I spoke to Mack about the purchase of several firearms. Mack offered to return to Cleveland Ohio to pick up as many firearms as I wanted. He said that he would leave after work and return by Thursday night at approximately 2000 hours.

We agreed to go out to his job at the Red Star Tavern Restaurant in Largo, Maryland to bring him 4,000 dollars. We went into the restaurant and walked over to the bar. We spoke to Mack and he encouraged us to sit down and have a drink. Det Watts and I sat down at the bar and ordered a drink from the bartender. After a few minutes we asked to go outside. Mack walked outside with us to the defendant's car. Det Watts, Mack and I spoke outside his vehicle for a few minutes. Mack and I then got into his vehicle and I gave Mack 4,020 dollars of MPDC funds. I meant to give him 4,000 dollars but instead overpaid him 20 dollars. He counted it and I told him to take it for gas on the trip to Cleveland. Det Watts then got into Mack's vehicle (he gave me the key inside the restaurant) and drove away. I returned to the undercover vehicle and left the parking lot.

On May 19, 2005, I spoke to Mack several times about the purchase of the firearms over the phone. Mack stated that he was picking up the firearms and would return to DC at approximately 2000 hours. I spoke to Mack other times during the day and he changed the time to 2100 hours. At approximately 2100 hours Mack called and stated that he was fifty miles away and that he would meet us at 2200 hours. I told him to call when he was close to the area.

At approximately 2150 hours, Mack called again and said he was in the 3rd Street tunnel. I asked him to call again when he was close. At approximately 2200 hours, he pulled up driving a white Chevrolet Blazer. There was another subject on the passenger seat. Mack pulled in behind me and parked. He exited the vehicle and he and Defendant Bush went to the rear of the vehicle to retrieve something. Defendant Bush then went to the driver's side opened the door and sat down. Mack brought out a box containing firearms over to the undercover vehicle. He sat down in the rear seat and set down the box. He then handed me each firearm showing them to me and talking to me about the purchase of the firearms. I discussed the purchase of the cocaine with Mack and he walked back to the vehicle and opened the passenger door. He then closed the door and returned to the back seat of the undercover vehicle and handed me a small plastic bag containing white powder. The white powder field-tested positive for cocaine. Mack then offered to sell me some cannabis if I wanted it. I said no and he returned to the vehicle. I then turned on the headlights to give the arrest signal to the units from ERT. I returned to the MNB and turned the cocaine over to Ofc. Parker and the firearms to Officer Hansohn.

Dale Sutherland
Sergeant