# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No.: 05-190 (RBW)** |
| v. | ) | |
| | ) | |
| **KENNETH McDERMON** | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF

Kenneth McDermon, through undersigned counsel, respectfully submits the following request for a Court ordered recommendation for Mr. McDermon's participation in the Bureau of Prison's 500 hour Substance Abuse Program.

In Support of the request undersigned states:

1.      On October 20, 2005 Mr. McDermon appeared before the Court for Sentencing. The Court sentenced Mr. McDermon pursuant to a guilty plea to two firearm charges and one drug distribution charge.  The Court sentenced Mr. McDermon to a term of incarceration of 78 months, followed by a term of Supervised Release of three years, and imposed a $300.00 special assessment. The Court also ordered drug counseling based, in part, on Mr. McDermon's admission that he used marijuana and the fact that he sold powder cocaine.

2.      After the Court imposed the sentence, undersigned counsel inadvertently did not request for a recommendation that Mr. McDermon participate in the Bureau of Prison 500 Hour Substance Abuse Program.   The 500 Hour Substance Abuse Program can substantially assist Mr. McDermon in his long term rehabilitation.  While participation in the program may result in reducing his sentence, the latter result will take place only if Mr. McDermon shows a true commitment to

1

address his problem through active participation.

3.    Undersigned counsel apologizes to the Court for making the instant request in a tardy

manner.

Wherefore, undersigned counsel requests that the Court include a recommendation for Mr.

McDermon's participation in the 500 Hour Substance Abuse Program while he serves his sentence

in the Bureau of Prison.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500